ROB BONTA
Attorney General of California
KATHLEEN BOERGERS
R. MATTHEW WISE
Supervising Deputy Attorneys General
MARNIE G. GANOTIS
VANESSA K. ING
CHRISTOPHER J. KISSEL
JAY C. RUSSELL
ZELDA VASSAR
HARALD H. KIRN
Deputy Attorneys General
State Bar No. 336448
1300 I Street
Sacramento, CA 95814
Telephone: (916) 210-6111
E-mail: Harald.Kirn@doj.ca.gov

*Attorneys for Plaintiff State of California*

*Additional counsel listed on caption page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF NEW MEXICO; STATE OF NEVADA; STATE OF OREGON,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States of America; **UNITED STATES OF AMERICA; RUSSELL T. VOUGHT**, in his official capacity as Director of the U.S. Office of Management and Budget; **U.S. OFFICE OF MANAGEMENT AND BUDGET,**<br><br>Defendants. | **EXHIBIT A** |

**THE WHITE HOUSE**

WASHINGTON

September 25, 2026

Dear Mr. Speaker:

In accordance with section 1012(a) of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683(a)), I herewith report 11 rescissions of budget authority, totaling $810 million.

The proposed rescissions affect programs of the Departments of Commerce, Education, Health and Human Services, Homeland Security, Housing and Urban Development, and Justice, as well as for International Assistance Programs.

The details of these rescissions are set forth in the attached enclosure.

Sincerely,

The Honorable Mike Johnson
Speaker of the
House of Representatives
Washington, D.C. 20515

Rescission proposal no. R26-1

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

**Agency** Department of Health and Human Services
**Bureau:** Administration for Children and Families
**Account:** Refugee and Entrant Assistance (075-1503 2024/2026)

Amount proposed for rescission: $567,401,904

**Justification:**

This proposal would rescind a total of $567 million of the $6.3 billion appropriated in FY 2024 for the Refugee and Entrant Assistance account, which funds the Department of Health and Human Service's Office of Refugee Resettlement programs and is overfunded due to the Administration's successful border policies. These programs, operated by pro-illegal immigration non-profits, provide services to refugees, asylees, and other eligible non-citizens, and put unaccompanied alien children in harm's way. Administration actions, including Executive Order 14165, "Securing Our Borders," and Executive Order 14163, "Realigning the United States Refugee Admissions Program," have dramatically curtailed arrivals. Enacting the rescission would address excess funds in the account and be consistent with the Administration's goal of ending the use of Federal taxpayer dollars to support non-citizens, putting Americans first.

Rescission proposal no. R26-2

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

| | |
|---|---|
| **Agency** | Department of Homeland Security |
| **Bureau:** | Federal Emergency Management Agency |
| **Account:** | Federal Assistance (070-0413 2025/2026) |

Amount proposed for rescission: $15,000,000

**Justification:**

This proposal would rescind $15 million, the full amount appropriated in FY 2025 for the Alternatives to Detention-Case Management Pilot Program (ATD-CMPP). The ATD-CMPP grant program provided funding to nonprofits to provide mental health services, social services, legal orientation, and cultural orientation for immigrants and asylees. These funds would be used for illegal aliens residing in the United States counter to Executive Order 14159, "Protecting the American People Against Invasion." Enacting the rescission would eliminate unnecessary and wasteful spending.

Rescission proposal no. R26-3

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

**Agency** Department of Homeland Security
**Bureau:** Citizenship and Immigration Services
**Account:** Federal Assistance (070-0408 2025/2026)

Amount proposed for rescission: $10,000,000

**Justification:**

This proposal would rescind $10 million, the full amount appropriated in FY 2025 for the U.S. Citizenship and Immigration Services Citizenship and Integration grant program. The program provides grants to non-governmental organizations to help aliens become U.S. citizens. The Department of Homeland Security (DHS) has already paused the program and cancelled previously awarded grants from prior years. This rescission is consistent with the President's Budget and the FY 2026 enacted DHS appropriations bill, neither of which funded the program. Enacting the rescission would eliminate unnecessary and wasteful spending.

Rescission proposal no. R26-4

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

**Agency** Department of Education
**Bureau:** Office of Elementary and Secondary Education
**Account:** Education for the Disadvantaged (091-0900 2026/2026)

Amount proposed for rescission: $24,907,509

**Justification:**

This proposal would rescind $25 million of the $52 million appropriated in FY 2026 for the competitive grants within Special Programs for Migrant Students, which subsidizes aliens to come to the United States at the expense of American children and workers. Specifically, the program pays for seasonal immigrant workers' kids to go to school in the United States and transition to college. The program has previously funded activities such as an LGBT youth summit for "migrant students" and "Therapy for Latinx" workshops. Enacting the rescission would eliminate unnecessary and wasteful spending.

Rescission proposal no. R26-5

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

| | |
|---|---|
| **Agency** | Department of Justice |
| **Bureau:** | Legal Activities and U.S. Marshals |
| **Account:** | Salaries and Expenses, Community Relations Service (015-0500 2026/2026) |

Amount proposed for rescission: $15,000,000

**Justification:**

This proposal would rescind $15 million of the $20 million appropriated in FY 2026 for the Community Relations Service (CRS). CRS, which was eliminated by the Department of Justice early in the Administration, was an Agency of about 60 people assigned with "preventing and resolving racial and ethnic tensions, incidents, and civil disorders, and in restoring racial stability and harmony." In practice, it worked to stoke racial tensions and promote radical critical race theory and gender ideology. In their public-facing materials, the Agency espoused "law enforcement training and the transgender community" and other ideologies. Enacting the rescission does not impact CRS, as all remaining statutory functions have already been transferred to the U.S. Attorneys.

Rescission proposal no. R26-6

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

**Agency** International Assistance Programs
**Bureau:** Multilateral Assistance
**Account:** Debt Restructuring (020-0091 2023/2026)

Amount proposed for rescission: $8,704,713

**Justification:**

This proposal would rescind $9 million of the $20 million appropriated in FY 2023 for Department of Treasury's Tropical Forest and Coral Reef Conservation Act (TFCCA) Program. The TFCCA program provides debt forgiveness to foreign countries that make climate change-related investments for coral reefs and tropical forests. Enacting the rescission would ensure that U.S. taxpayer funds are not wasted on one-off subsidies to foreign governments, including for "debt-for-nature" swaps that do not directly benefit the United States.

Rescission proposal no. R26-7

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

| | |
|---|---|
| **Agency** | Department of Commerce |
| **Bureau:** | Minority Business Development Agency |
| **Account:** | Minority Business Development (013-0201 2026/2026) |

Amount proposed for rescission: $10,000,000

**Justification:**

This proposal would rescind $10 million of the $50 million appropriated in FY 2026 for Minority Business Development Agency (MBDA) programs. The MBDA grant programs direct grants to businesses based on race. Divisive and discriminatory programs are at the core mission of MBDA, which is why the FY 2027 Budget request proposed to eliminate the agency. In 2024, a Federal court found MBDA's presumption of "social disadvantage based on race or ethnicity" in its funding decisions to be unconstitutional. Enacting the rescission would eliminate unnecessary and wasteful spending, including funds appropriated for unconstitutional race-based purposes.

Rescission proposal no. R26-8

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

**Agency** Department of Education
**Bureau:** Office of Postsecondary Education
**Account:** Higher Education (091-0201 2026/2026)

Amount proposed for rescission: $69,588,896

**Justification:**

This proposal would rescind $69.6 million of the $70.3 million appropriated in FY 2026 for International Education and Foreign Language, Domestic Programs. The Domestic Programs provide grants and fellowships to support institutions in bringing foreign students and faculty to the United States to study or teach language, conduct research, and provide professional and curriculum development. These Programs have deviated from their core mission and instead support woke and wasteful projects, including doctoral dissertations on Queer and Trans Community Building in foreign countries. Enacting the rescission would eliminate unnecessary and wasteful spending.

Rescission proposal no. R26-9

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

**Agency** Department of Health and Human Services
**Bureau:** Agency for Healthcare Research and Quality
**Account:** Healthcare Research and Quality (075-1700 2026/2026)

Amount proposed for rescission: $27,700,000

**Justification:**

This proposal would rescind $28 million of the $345 million appropriated in FY 2026 for the Agency for Healthcare Research and Quality (AHRQ). Much of AHRQ's research is wasteful or duplicative of research conducted elsewhere in the Department of Health and Human Services, such as the National Institutes of Health. The previous administration used AHRQ to publish a document titled *Reducing Healthcare Carbon Emissions: A Primer on Measures and Actions to Mitigate Climate Change,* and funded a project at the Seattle Children's Hospital titled "Using Telehealth to Improve Access to Gender-Affirming Care for BIPOC and Rural Gender-Diverse Youth." Enacting the rescission would eliminate unnecessary and wasteful spending on harmful research and is a first step to prioritize the statistical functions of AHRQ, which are used by other programs across Government.

Rescission proposal no. R26-10

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

| | |
|---|---|
| **Agency** | Department of Housing and Urban Development |
| **Bureau:** | Housing Programs |
| **Account:** | Housing Counseling Assistance (086-0156 2025/2026) |

Amount proposed for rescission: $56,100,000

**Justification:**

This proposal would rescind $56 million of the $58 million appropriated in FY 2025 for Housing Counseling. This program provides grants to non-governmental organizations (NGOs) and public entities for counseling and education to individuals on a spectrum of housing matters. Grantees have included NGOs with divisive and DEI-centric agendas that peddle discrimination based on race. Further, the program has not shown reduced delinquencies for counseled homebuyers. Enacting the rescission would eliminate unnecessary and wasteful spending.

Rescission proposal no. R26-11

**PROPOSED RESCISSION OF BUDGET AUTHORITY**
**Report Pursuant to Section 1012 of the Congressional Budget and Impoundment Control Act of 1974 (2 U.S.C. 683)**

**Agency** Department of Health and Human Services
**Bureau:** Departmental Management
**Account:** Office of the Secretary (075-0120 2026/2026)

Amount proposed for rescission: $5,098,000

**Justification:**

This proposal would rescind $5 million of the $625 million appropriated in FY 2026 for General Departmental Management, of which $75 million was included by the Congress in report language for the Office of Minority Health (OMH). OMH targets funding via grants to specific race and sex-based groups in violation of the President's anti-DEI executive orders. This office provided a grant to the Institute of Women & Ethnic Studies, titled "Multisystem Compassionate Care and Healing for Black Youth," which aimed to "address the impact of racism and racial trauma." Enacting the rescission would eliminate funding for activities that unfairly prioritizes certain groups based solely on race or sex, and is a first step to engaging in strong reforms across OMH that benefit all Americans.